## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03387-GPG-CYC

SAMUEL GARSON, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

 v.

DMC GLOBAL INC.,
MICHAEL KUTA, and
ERIC V. WALTER,

     Defendants.

Civil Action No. 1:25-cv-00277-KAS

ALESSANDRO LAURENT, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

 v.

DMC GLOBAL INC.,
MICHAEL KUTA, and
ERIC V. WALTER,

     Defendants.

**DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF PLAINTIFF
SAMUEL GARSON'S MOTION TO CONSOLIDATE RELATED ACTIONS, FOR
APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF COUNSEL**

     I, Jeffrey A. Berens, declare as follows:

     1.    I am a member in good standing of the bar of this Court and a Partner at the law firm of Johnson Fistel, LLP, counsel for plaintiff/movant Samuel Garson. I submit this declaration in support of Plaintiff Samuel Garson's Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff, and for Approval of Counsel.

2

2.      Attached hereto as **Exhibit A** is a true and correct copy of the PSLRA notice announcing the filing of the *Garson* action on December 6, 2024.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Samuel Garson's PSLRA loss estimate, prepared by counsel.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Samuel Garson.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this February 4, 2025.

*s/ Jeffrey A. Berens*
Jeffrey A. Berens

## CERTIFICATE OF SERVICE

I, Jeffrey A. Berens, hereby certify that on February 4, 2025, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

*s/ Jeffrey A. Berens*_____
Jeffrey A. Berens