# EXHIBIT A



**Source:** *Johnson Fistel, LLP*

*December 06, 2024 18:43 ET*

# Johnson Fistel, LLP Announces That It Has Filed a Class Action Lawsuit on Behalf of DMC Global Investors Alleging Violations of the Federal Securities Laws

SAN DIEGO, Dec. 06, 2024 (GLOBE NEWSWIRE) --

Johnson Fistel, LLP announces that its Denver, Colorado office has filed a class action lawsuit on behalf of all purchasers of DMC Global Inc. (NASDAQ: BOOM) securities during the period between **May 3, 2024 and November 4, 2024,** both dates inclusive (the "Class Period"). The action was filed in the United States District Court for the District of Colorado and is captioned *Garson v. DMC Global Inc.*, Civil Action No. 1:24-cv-03387.   The lawsuit charges DMC Global and certain of its top executive officers with violations of the Securities Exchange Act of 1934.

**HOW TO JOIN:** The Private Securities Litigation Reform Act permits any investor who is a member of the class described above to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff. Lead plaintiff motions for the DMC Global class action lawsuit must be filed with the court **no later than 60 days from the date of this notice**.

If you wish to seek appointment as lead plaintiff or determine if you can participate in this action, please click or paste the following web address into your browser: https://www.johnsonfistel.com/investigations/dmc-global or contact Jim Baker at jimb@johnsonfistel.com or (619) 814-4471.

**CASE ALLEGATIONS**: DMC Global is a diversified industrial company headquartered in Broomfield, Colorado.

The complaint alleges that, throughout the Class Period, defendants made materially false and misleading statements and failed to disclose the following adverse facts about DMC Global's business, operations, and prospects which were known to defendants or recklessly disregarded by them: (i) the goodwill associated with the company's principal business segment, Acadia Products, was overstated due to the adverse events and circumstances affecting that reporting segment; (ii) DMC Global's materially inadequate internal systems and processes were adversely affecting its operations; (iii) the company's inadequate systems and processes prevented it from ensuring reasonably accurate guidance and that its public disclosures were timely, accurate, and complete; (iv) as a result, defendants misrepresented DMC Global's operations and financial results; and/or (v)

as a result, the company's public statements were materially false, misleading, or lacked a reasonable basis when made.

**ABOUT JOHNSON FISTEL, LLP:**
Johnson Fistel, LLP is a nationally recognized shareholder rights law firm with offices in California, New York, Georgia, and Colorado. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys, please visit http://www.johnsonfistel.com.

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

Johnson Fistel, LLP has paid for the dissemination of this promotional communication, and Frank J. Johnson is the attorney responsible for its content.

**CONTACT:**
Johnson Fistel, LLP
501 W. Broadway, Suite 800, San Diego, CA 92101
James Baker, Investor Relations or Frank J. Johnson, Esq., (619) 814-4471
jimb@johnsonfistel.com or fjohnson@johnsonfistel.com