# EXHIBIT B

| DMC GLOBAL INC. (NASDAQ: BOOM) | | | | | | | | LP: 2/4/25 | |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| Samuel Garson - Estimated PSLRA Financial Interest Analysis | | | | | | | | | |
| Class Period: May 3, 2024 through November 4, 2024 | | | | | | | | | |
| | | | | | | | | | |
| **Purchased:** | | | | **Sold/Retained:** | | | | | |
| | | | | | | | | | |
| Date | Shares | Price | Total | Date | Shares | Price | | Total | |
| | | | | | | | | | |
| 8/20/2024 | 110 | $ 11.40 | $ 1,254.00 | 9/19/2024 | 100 | $ 13.32 | | $ 1,332.00 | |
| 9/9/2024 | 122 | $ 10.73 | $ 1,309.06 | Retained | 743 | $ 7.77 | * | $ 5,773.11 | |
| 9/17/2024 | 91 | $ 12.96 | $ 1,179.36 | | | | | | |
| 9/18/2024 | 160 | $ 12.35 | $ 1,976.00 | | | | | | |
| 9/18/2024 | 50 | $ 12.26 | $ 613.00 | | | | | | |
| 9/18/2024 | 50 | $ 12.63 | $ 631.50 | | | | | | |
| 10/15/2024 | 90 | $ 12.81 | $ 1,152.90 | | | | | | |
| 10/21/2024 | 70 | $ 10.12 | $ 708.40 | | | | | | |
| 10/22/2024 | 100 | $ 10.01 | $ 1,001.00 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Total | 843 | | $ 9,825.22 | | 843 | | | $ 7,105.11 | $ (2,720.11) |
| | | | | | | | | | |
| * For shares retained at the end of the Class Period, price is the average closing price beginning November 5, 2024 through February 3, 2025. | | | | | | | | | |