# EXHIBIT C

## DECLARATION OF SAMUEL GARSON

I, SAMUEL GARSON, submit this declaration in support of my lead plaintiff motion. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.      As reflected on my certification, I purchased DMC Global securities during the class period and suffered a substantial loss as a result of the alleged violations of the federal securities laws. I believe that I am qualified and able to serve as a lead plaintiff. Among other things, I have over thirteen years of experience as a commodities trader and hold a Bachelor of Science in Mathematics.

2.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is required, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4.      I have a substantial financial interest in this case based on my losses and have an incentive to prosecute this case on behalf of DMC Global investors.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

1

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on its significant experience prosecuting securities cases, I have selected Johnson Fistel LLP to represent the class in this case on a contingency basis.  Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on  2/3/2025                    .

Signed by:

5F8CD3E1B86D4AF...

SAMUEL GARSON

2