**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:24-cv-03387-GPG

SAMUEL GARSON, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

DMC GLOBAL INC., MICHAEL KUTA,
and ERIC V. WALTER,

      Defendants.

---

**Civil Action No**.: 1:25-cv-00277-KAS

ALESSANDRO LAURENT, Individually
and On Behalf of All Others Similarly
Situated,

      Plaintiff,

v.

DMC GLOBAL INC., MICHAEL KUTA, and
ERIC V. WALTER,

      Defendants.

---

**DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF
ALESSANDRO LAURENT FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF COUNSEL**

I, J. Alexander Hood II, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel for Alessandro Laurent ("Laurent").  I make this Declaration in support of the motion by Laurent for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Laurent's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of a chart detailing the financial interest of Laurent in the Related Actions.

3.      Attached hereto as Exhibit B is true and correct copy of a press release published over *Globe Newswire* on December 6, 2024, announcing the pendency of the first-filed of the Related Actions.

4.      Attached hereto as Exhibit C is a a true and correct copy of a Shareholder Certification executed by Laurent.

5.      Attached hereto as Exhibit D is a a true and correct copy of a Declaration executed by Laurent.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 4, 2025.

> */s/ J. Alexander Hood II*
> J. Alexander Hood II

1