# EXHIBIT A

Case No. 1:24-cv-03387-GPG-CYC    Document 20-1    filed 02/04/25    USDC Colorado    pg 1 of 2

**DMC Global, Inc. (BOOM)**
**Class Period: January 29, 2024 to November 4, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $7.7685 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alessandro Laurent | 3/18/2024 | 1,800 | $17.9000 | ($32,220) | 11/14/2024 | (1,355) | $9.0013 | $12,197 | | | | |
| Alessandro Laurent | 4/16/2024 | 2,000 | $16.5500 | ($33,100) | 11/18/2024 | (2,445) | $8.7890 | $21,489 | | | | |
| **Alessandro Laurent** | | **3,800** | | **($65,320)** | | **(3,800)** | | **$33,686** | **3,800** | **0** | **$0** | **($31,634)** |

*Avg Closing Prices from November 5, 2024 to January 31, 2025