# EXHIBIT C

Docusign Envelope ID: 98606892-BD14-40BE-9AAE-86C28B2AB4A3

# CERTIFICATION PURSUANT
# TO FEDERAL SECURITIES LAWS

1. I, Alessandro Laurent, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against DMC Global Inc. ("DMC") and authorize the filing of the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire DMC securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired DMC securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of my transactions in DMC securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docusign Envelope ID: 98606892-BD14-40BE-9AAE-86C28B2AB4A3

8.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

**Executed** _____2/4/2025_____
                        **(Date)**

                                                    Signed by:

_____*Alessandro Laurent*_____
                                         226450D6498848A...
                        **(Signature)**

                                    Alessandro Laurent
_____
                        **(Type or Print Name)**

**DMC Global, Inc. (BOOM)**                                              **Alessandro Laurent**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 3/18/2024 | 1,800 | $17.9000 |
| Purchase/Acquisition | 4/16/2024 | 2,000 | $16.5500 |