**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03387-GPG-CYC

SAMUEL GARSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

DMC GLOBAL INC., MICHAEL KUTA, and ERIC V. WALTER,

Defendants.

---

Civil Action No. 1:25-cv-00277-KAS

ALESSANDRO LAURENT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

DMC GLOBAL INC., MICHAEL KUTA, and ERIC V. WALTER,

Defendants.

---

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MAXYM USATOV'S
MOTION TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS
LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF COUNSEL**

---

I, Phillip Kim, declare as follows:

1.      I am an attorney admitted to practice in the State of New York and before this Court. I am a partner with The Rosen Law Firm, P.A., counsel for plaintiff Maxym Usatov ("Movant"). I submit this declaration in support of Movant's Motion to Consolidate

1

Related Actions, for Appointment as Lead Plaintiff, and for Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

EXHIBIT 1:   PSLRA Early Notice;

EXHIBIT 2:   Movant's PSLRA certification;

EXHIBIT 3:   Movant's Loss Chart; and

EXHIBIT 4:   The Rosen Law Firm, P.A.'s firm resume.

EXHIBIT 5:   The Schall Law Firm's firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 4, 2025.

_/s/Phillip Kim_
Phillip Kim

2

**CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On February 4, 2025, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFF MAXYM USATOV'S MOTION TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 4, 2025.

/s/ Phillip Kim
Phillip Kim

3