# Exhibit 1

Johnson Fistel, LLP Announces That It Has Filed a Class

![Globe Newswire by notified]

NEWSROOM    SERVICES    CONTACT US    ENGLISH ⌄    SIGN IN    REGISTER

🔍



# Johnson Fistel, LLP Announces That It Has Filed a Class Action Lawsuit on Behalf of DMC Global Investors Alleging Violations of the Federal Securities Laws

December 06, 2024 18:43 ET    | Source: **Johnson Fistel, LLP**    Follow

**Company Profile**

**Johnson Fistel, LLP**

**Industry:** Business Support Services

**Website:** https://www.johnsonfistel.com

**Press Release Actions**

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

   

SAN DIEGO, Dec. 06, 2024 (GLOBE NEWSWIRE) --

Johnson Fistel, LLP announces that its Denver, Colorado office has filed a class action lawsuit on behalf of all purchasers of DMC Global Inc. (NASDAQ: BOOM) securities during the period between **May 3, 2024 and November 4, 2024,** both dates inclusive (the "Class Period"). The action was filed in the United States District Court for the District of Colorado and is captioned *Garson v. DMC Global Inc.*, Civil Action No. 1:24-cv-03387.   The lawsuit charges DMC Global and certain of its top executive officers with violations of the Securities Exchange Act of 1934.

**HOW TO JOIN:** The Private Securities Litigation Reform Act permits any investor who is a member of the class described

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

Cookies Settings

Reject All

Accept All

Case No. 1:24-cv-03387-GPG-CYC    Document 22-1    filed 02/04/25    USDC Colorado
pg 3 of 5

If you wish to seek appointment as lead plaintiff or determine if you can participate in this action, please click or paste the following web address into your browser: https://www.johnsonfistel.com/investigations/dmc-global or contact Jim Baker at jimb@johnsonfistel.com or (619) 814-4471.

**CASE ALLEGATIONS**: DMC Global is a diversified industrial company headquartered in Broomfield, Colorado.

The complaint alleges that, throughout the Class Period, defendants made materially false and misleading statements and failed to disclose the following adverse facts about DMC Global's business, operations, and prospects which were known to defendants or recklessly disregarded by them: (i) the goodwill associated with the company's principal business segment, Acadia Products, was overstated due to the adverse events and circumstances affecting that reporting segment; (ii) DMC Global's materially inadequate internal systems and processes were adversely affecting its operations; (iii) the company's inadequate systems and processes prevented it from ensuring reasonably accurate guidance and that its public disclosures were timely, accurate, and complete; (iv) as a result, defendants misrepresented DMC Global's operations and financial results; and/or (v) as a result, the company's public statements were materially false, misleading, or lacked a reasonable basis when made.

**ABOUT JOHNSON FISTEL, LLP:**

Johnson Fistel, LLP is a nationally recognized shareholder rights law firm with offices in California, New York, Georgia, and Colorado. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys,

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**



NEWSROOM    SERVICES    CONTACT US

SIGN IN    REGISTER

**CONTACT:**

Johnson Fistel, LLP

501 W. Broadway, Suite 800, San Diego, CA 92101

James Baker, Investor Relations or Frank J. Johnson, Esq., (619)

814-4471

jimb@johnsonfistel.com or fjohnson@johnsonfistel.com

**Tags**

Class Action

# Recommended Reading

December 05, 2024 13:23 ET

Source:   Johnson Fistel, LLP

**SHAREHOLDER INVESTIGATION: Johnson Fistel Investigates the Merger of Barnes Group Inc – B**

SAN DIEGO, Dec. 05, 2024 (GLOBE NEWSWIRE) -- Johnson Fistel, LLP, a leading stockholder rights law firm, announced that it is investigating claims on behalf of Barnes Group Inc (NYSE: B)...



December 05, 2024 11:45 ET

Source:   Johnson Fistel, LLP

**Paycor HCM Shareholders are Encouraged to Reach Out to Johnson Fistel for More Information About Potentially Recovering Their Losses**

SAN DIEGO, Dec. 05, 2024 (GLOBE NEWSWIRE) -- Shareholder rights law firm Johnson Fistel, LLP is investigating whether Paycor HCM, Inc. (NASDAQ: PYCR), any of its executive officers or others...



# Explore

Set Your Preferences

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**

Johnson Fistel, LLP Announces That It Has Filed a Class



## NEWSROOM   SERVICES   CONTACT US

SIGN IN   REGISTER

Automotive Remote Diagnostics Market Study, 2024-2...

December 09, 2024 10:23 ET



Datacenter Deployment Spending Business Report 202...

December 09, 2024 10:20 ET

• • • • •



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:  in

### Global News

• English

• Français

• Deutsch

### Newswire Distribution Network & Management

• Home

• Newsroom

• RSS Feeds

• Notified

• Legal

• Contact us

• Resources

## Set Your Preferences

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our **Privacy Policy**