# Exhibit 3

**DMC Global Inc. Loss Chart**
**between January 29, 2024 and November 4, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maxym Usatov | 5/8/2024 | 2074.8595 | ($13.0129) | ($26,999.94) | | | | | | | | $7.77 |
| | | 2074.8595 | | ($26,999.94) | | | | | 2074.8595 | $16,121.6583 | ($10,878.2809) | |