# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03387-GPG-CYC

SAMUEL GARSON, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DMC GLOBAL INC.,
MICHAEL KUTA, and
ERIC V. WALTER,

    Defendants.

---

Civil Action No. 1:25-cv-00277-KAS

ALESSANDRO LAURENT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DMC GLOBAL INC.,
MICHAEL KUTA, and
ERIC V. WALTER,

    Defendants.

---

**PLAINTIFF SAMUEL GARSON'S UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS**

---

Plaintiff Samuel Garson ("Garson") respectfully submits this motion for consolidation of the above-captioned actions.[1]

## PRELIMINARY STATEMENT

The two above-captioned, related actions pending before this Court (the "Related Actions") are federal securities class actions brought on behalf of purchasers of DMC Global Inc. ("DMC Global" or the "Company") securities.  The Related Actions charge DMC Global and its Chief Executive Officer and Chief Financial Officer with violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder.  As such, the Related Actions are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA")*,* 15 U.S.C. § 78u-4, *et seq*.

Pursuant to the PSLRA, the Court must decide whether to consolidate the two Related Actions before selecting a lead plaintiff movant to lead this litigation on behalf of the putative class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(ii).

## ARGUMENT

The PSLRA contemplates consolidation where "more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed."  15 U.S.C. § 78u-4(a)(3)(A)(ii).  Consolidation pursuant to Rule 42(a) is proper when actions involve common legal and factual questions.  *See* Fed. R. Civ. P. 42(a).

The Related Actions assert similar theories of wrongdoing, on behalf of purchasers of DMC Global securities during overlapping class periods, against identical

---

[1] Pursuant to D.COLO.LCivR 7.1(a), undersigned counsel conferred with defendants' counsel who consent to consolidation.

1

defendants, for the alleged violations of the same provisions of the Exchange Act. Accordingly, the Related Actions should be consolidated pursuant to Fed. R. Civ. P. 42(a) for all purposes.

## CONCLUSION

Because the Related Actions are substantially similar, they should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

DATED: February 5, 2025   JOHNSON FISTEL, LLP

*s/ Jeffrey A. Berens*
Jeffrey A. Berens
Bryan I. Schild
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303.861.1764
jeffb@johnsonfistel.com
bryans@johnsonfistel.com

Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA  30064
Telephone: 470.632.6000
michaelf@johnsonfistel.com

*Attorneys for Plaintiff and Movant Garson*

2

**CERTIFICATE OF SERVICE**

I, Jeffrey A. Berens, hereby certify that on February 5, 2025 a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

/s/ Jeffrey A. Berens
Jeffrey A. Berens