**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03387-GPG-CYC

SAMUEL GARSON, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

  v.

DMC GLOBAL INC.,
MICHAEL KUTA, and
ERIC V. WALTER,

    Defendants.

_____

Civil Action No. 1:25-cv-00277-KAS

ALESSANDRO LAURENT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

  v.

DMC GLOBAL INC.,
MICHAEL KUTA, and
ERIC V. WALTER,

    Defendants.

_____

**ORDER**
_____

Having considered Plaintiff Samuel Garson's Unopposed Motion to Consolidate Related Actions (the "Motion") and good cause appearing therefor, the Court ORDERS that the Motion is GRANTED, and the above-captioned actions are consolidated.

IT IS SO ORDERED.

DATED: _____          _____
GORDON P. GALLAGHER
United States District Judge