**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:24-cv-03387-GPG-CYC

SAMUEL GARSON, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

DMC GLOBAL INC., MICHAEL KUTA,
and ERIC V. WALTER,

      Defendants.

---

**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On February 4, 2025 Alessandro Laurent ("Laurent") filed a motion, pursuant to Federal Rule of Civil Procedure 42, and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u–4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating related actions; (2) appointing Laurent as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired securities of DMC Global Inc. between January 29, 2024 and November 4, 2024, both dates inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 19.

Having reviewed the competing motions before the Court, it appears that Laurent does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Laurent's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  February 25, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ J. Alexander Hood II*
J. Alexander Hood II
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com

*Counsel for Alessandro Laurent*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.

1

1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Alessandro Laurent*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2025, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** was e-filed with the Clerk of Court via the CM/ECF System which will send notification of such filing to all counsel of record.

3