**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03387-GPG-CYC (consolidated with No. 1:25-cv-00277)

SAMUEL GARSON, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

 v.

DMC GLOBAL INC.,
MICHAEL KUTA, and
ERIC V. WALTER,

    Defendants.

---

**PLAINTIFF SAMUEL GARSON'S REPLY IN FURTHER SUPPORT OF HIS MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF**

---

Plaintiff Samuel Garson ("Garson") respectfully submits this reply to the lead plaintiff opposition briefs filed by John Mark Stauffer (ECF 35, dated Feb. 25, 2025) and Maxym Usatov (ECF 34, dated Feb. 25, 2025), and in further support of his Motion for Appointment as Lead Plaintiff (ECF 25, dated Feb. 5, 2025).

Movants seeking appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 are required to demonstrate they have the "largest financial interest in the relief sought by the class" and "otherwise satisf[y] the requirements of Rule 23." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Here, Garson established in his opposition that Stauffer has no financial interest in this litigation and, in any event, Stauffer and Usatov cannot show or have not shown that they satisfy the adequacy and typicality requirements

of Rule 23.  *See* ECF 33 at 11-13.[1]

Garson, the plaintiff who initiated this action, has the next largest financial interest and also *prima facie* satisfies the Rule 23 requirements.  No class member has argued that Garson "will not fairly and adequately protect the interests of the class," or "is subject to unique defenses."[2]   15 U.S.C. §78u-4(a)(3)(B)(iii)(II).   Therefore, the Court should appoint Garson as lead plaintiff and approve his selection of Johnson Fistel, LLP as lead counsel.

DATED:  February 27, 2025         JOHNSON FISTEL, LLP


*s/ Jeffrey A. Berens*
Jeffrey A. Berens
Bryan I. Schild
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303.861.1764
jeffb@johnsonfistel.com
bryans@johnsonfistel.com

Michael I. Fistel, Jr.
JOHNSON FISTEL, LLP
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470.632.6000
michaelf@johnsonfistel.com

*Attorneys for Plaintiff and Movant Garson*

---

[1] The only other movant, Laurent, withdrew his motion on February 25, 2025.  *See* ECF 32.  Notably, Usatov did not make any further showing of his adequacy in connection with his opposition brief.  *See* ECF 34.

[2] Should a movant try to rebut Garson's typicality or adequacy for the first time on reply, that attempt should be rejected since "[p]rocedurally, arguments raised for first time in reply brief are waived."  *Bordertown, LLC v. AmGUARD Ins. Co.*, No. 22-cv-01683-REB-GPG, 2022 WL 17538186, at *2 (D. Colo. Oct. 5, 2022) (quoting *United States v. Leffler*, 942 F.3d 1192, 1197-98 (10th Cir. 2019)).

**CERTIFICATE OF SERVICE**

I, Jeffrey A. Berens, hereby certify that on February 27, 2025 a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

/s/ Jeffrey A. Berens_____
Jeffrey A. Berens

3