**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Consolidated Civil Action No. 1:24-cv-03387-GPG-CYC

SAMUEL GARSON, Individually and On
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

DMC GLOBAL INC., MICHAEL KUTA,
ERIC V. WALTER, and BRETT SEGER,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT
FOR MOTION TO DISMISS BRIEFING**

---

THIS CAUSE having come before the Court on the Parties' Unopposed Motion for Extension of Page Limit for Motion to Dismiss Briefing (the "Motion"), and having found good cause therein for such relief, it is hereby ORDERED AND ADJUDGED:

1. The Motion is GRANTED.

2. Defendants are authorized to file a joint motion to dismiss that does not exceed thirty-five (35) pages in length, exclusive of the caption page, table of contents, table of authorities, signature block, and certificate of service.

3. Lead Plaintiff is authorized to file his opposition to Defendants' motion to dismiss that does not exceed thirty-five (35) pages in length, exclusive of the caption page, table of contents, table of authorities, signature block, and certificate of service.

4.      Defendants are authorized to file a reply in support of their motion to dismiss that does not exceed twenty (20) pages in length, exclusive of the caption page, table of contents, table of authorities, signature block, and certificate of service.

        **SO ORDERED** this 10th day of July, 2025.

_____
Hon. Gordon P. Gallagher
United States District Judge