**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 24-cv-03387-GPG-CYC
     *Consolidated with* Civil Action No. 25-cv-00277-GPG-CYC

SAMUEL GARSON, Individually and On Behalf of All Others Similarly Situated,

     Plaintiff,

v.

DMC GLOBAL INC.,
MICHAEL KUTA,
ERIC V. WALTER, and
BRETT SEGER,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 67] Order entered by Judge Gordon P. Gallagher on March 20, 2026, it is

ORDERED that the Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Amended Complaint [D. 57] is GRANTED. It is

FURTHER ORDERED that Plaintiff's Amended Complaint [D. 47] is DISMISSED. It is

FUTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that this case is closed.

FURTHER ORDERED that all claims in the consolidated matter are dismissed and that matter is also closed.

Dated at Denver, Colorado this 20<u>th</u>  day of March, 2026

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:    <u>s/D. Clement</u>
          Donald Clement,
          Deputy Clerk